DAVID G. FREEDMAN (SBN 81989)
Attorney at Law
1800 Century Park East, 8th Fl.
Los Angeles, California 90067
Telephone:   (310) 553-2121
Facsimile:   (310) 553-2111
Email:       dgf@dfreedman.net

Attorney for Defendant
PARADIGM NATIONAL
CONSULTANTS, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHA ABOURAMADAN aka TAHA RAMADAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PARADIGM NATIONAL CONSULTANTS, LP, DBA PARADIGM PARTNERS; and DOES 1 through 50, Inclusive<br><br>　　　　Defendants. | CASE NO. CV11-8331 RGK (CWx)<br><br>**JUDGMENT** |

　　　This action came before the Court, Hon. R. Gary Klausner, District Judge Presiding, on defendant Paradigm National Consultants, LP's motion for summary judgment. The evidence and issues presented having been fully considered and a decision having been duly rendered,

　　　IT IS ORDERED AND ADJUDGED that plaintiff Taha Abouramadan, also known as Taha Ramadan, take nothing, that the action be dismissed on the merits and that defendant Paradigm National Consultants, LP recover its costs.

Dated: July 31, 2012　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT